# MEL S. HARRIS AND ASSOCIATES, LLC

| | | |
|---|---|---|
| MEL S. HARRIS | ATTORNEYS AT LAW | SCOTT WORTMAN |
| DAVID WALDMAN | 5 HANOVER SQUARE, 8th FLOOR | AMANDA PEREZ |
| ARTHUR SANDERS | NEW YORK, NY 10004 | HILARY KORMAN |
| | Tel: (212) 660-1050 | STACEY SCHWARTZ |
| | Fax: (646)454-2104 | |

November 20, 2009


Hon. Michael L. Orenstein
United States District Court
100 Federal Plaza
Central Islip, NY  11722


Re:  Gravina v. National Enterprise Systems
     CV 09-2942

Dear Judge Orenstein:

As you know, this office represents the defendant in the above-captioned matter.  The initial conference was originally scheduled to take place on November 16, 2009 and was adjourned to November 24, 2009.

This letter is written, on consent of plaintiff's counsel, to ask for one additional adjournment of the initial conference.  The parties are actively engaged in settlement negotiations.

In addition to the fact that this matter may settle, I am still at a disadvantage as my mother remains in intensive care in Nyack Hospital.  Her condition has not yet stabilized and my associate, Scott Wortman, is scheduled to appear in another court on November 24th.

The parties are jointly requesting that the initial conference be rescheduled for a date in December.

Thank you for your indulgence.


Sincerely,

MEL S. HARRIS & ASSOCIATES, LLC

_____
By:  Arthur Sanders

as/ctw