BEFORE: MICHAEL L. ORENSTEIN                 DATE April 20, 2010
UNITED STATES MAGISTRATE JUDGE               TIME ON: 3:00
                                             TIME OFF:_____

DOCKET#_09-2942_____              ASSIGNED JUDGE: BIANCO_____

CASE NAME: Gravina v. National Enterprise Systems, Inc._____

CIVIL CONFERENCE


Initial___   Status_X_ Discovery ____   Settlement____

Pretrial___   Pre-Motion ____

Motion_____

ESR TIME #_____

APPEARANCES:   Plaintiff   _____

               Defendant   _____

Discovery completed by      _____

*The discovery completion date specified in any pre-trial order is
the last day to serve discovery responses.  To be timely, discovery
requests must be served sufficiently in advance of the discovery
completion date for responses to be served prior to the discovery
completion date.

Next _____ conference   5/26/10 at 11⁰⁰ AM
Pre-Trial Order filed by   _____

               Plaintiff   _____

               Defendant   _____

THE FOLLOWING RULINGS WERE MADE: If defendant fails to
provide a certified financial statement by April 30,
2010, this court will find that the defendant's
net worth is more than sufficient to provide the
class action certification element.

30(b)6 Defendant is directed to appear for its
examination by May 20, 2010.