**Mel S. Harris and Associates, LLC**
ATTORNEYS AT LAW
5 HANOVER SQUARE, 8th Floor
NEW YORK, NY 10004
Tel (866)414-7444  (212)571-4900
Fax (212)571-0965

MEL S. HARRIS
DAVID WALDMAN
ARTHUR SANDERS

AMANDA PEREZ
SCOTT WORTMAN
HILARY KORMAN
ANNA WILTAMUTH
SPENCER T. McCORD

June 3, 2010

**VIA ECF**
The Honorable Michael L. Orenstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE:    **Gravina et al v. National Enterprise Systems, Inc. et al**
        **09-CV-02942**

Dear Magistrate Judge Orenstein:

This firm is counsel to defendant National Enterprise Systems, Inc., ("NES") in the above-referenced case. I submit this letter with respect to the Court's order from June 1, 2010.

Pursuant to the Court's request, I am attaching a copy of the class settlement agreement prepared by the attorneys for plaintiff, which has been signed and notarized by the President of NES.

Thank you for your attention to the foregoing.

Very truly yours,

Scott Wortman, Esq.
Attorney at Law
Mel S. Harris & Associates, L.L.C.
5 Hanover Square, 8th Floor
New York, NY 10004
(212) 571-4900 Ext. 3208
swortman@melharrislaw.com

cc:    Via ECF
      Robert L. Arleo
      Law Office of Robert L. Arleo
      164 Sunset Park Road
      Haines Falls, NY 12436
      Email: r.arleo@verizon.net

William Franklin Horn
Law Office of William F. Horn
188-01b 71 Crescent
Fresh Meadows, NY 11365
Email: whornlegal@gmail.com