UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD GRAVINA, an individual; ANNA
PAWELCZAK, an individual; DANE WOOD, an
individual; and LISA WOOD, an individual; on behalf of
themselves and all others similarly situated,

                      Plaintiffs,

    -against-

NATIONAL ENTERPRISE SYSTEMS, INC., an
Ohio Corporation; and JOHN AND JANE DOES
NUBERS 1 THROUGH 25,

                      Defendants.
-----------------------------------------------------------------

CONSENT TO CHANGE ATTORNEY

Case No.: 2:09-cv-02942-JFB-AKT

IT IS HEREBY STIPULATED AND AGREED that THE LAW OFFICES OF EDWARD GARFINKEL, 12 Metrotech Center, 28th Floor, Brooklyn, New York 11201 be substituted as attorneys for the defendant, NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio Corporation, in the place and stead of MEL HARRIS & ASSOCIATES LLC, 5 Hanover Square, 8th Floor, New York, New York 10004.

Dated: Brooklyn, New York
       October 20, 2010

THE LAW OFFICES OF (KMS924)
EDWARD GARFINKEL
Incoming Attorneys for Defendant
NATIONAL ENTERPRISE
SYSTEMS, INC., an Ohio
Corporation
12 Metrotech Center – 28th Floor
Brooklyn, New York 11201
718-250-1100
Our File No.: NYNY-29141

MEL HARRIS & ASSOCIATES LLC.
Outgoing Attorneys for Defendant
NATIONAL ENTERPRISE
SYSTEMS, INC., an Ohio
Corporation
5 Hanover Square – 8th Floor
New York, New York 10004
212-660-1050

[signature]

**NATIONAL ENTERPRISE SYSTEMS, INC.**, an Ohio Corporation

Sworn to before me this 27th day of October, 2010.

[signature]
Notary Public

EARLENE JO JENKIN, NOTARY PUBLIC
In and For The State of Ohio
My Commission Expires Oct 24, 2015