UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   Index No. 2:09-CV-02942 JFB-AKT

RICHARD GRAVINA *et al.*,

                        Plaintiffs

            -against-.


NATIONWIDE ENTERPRISE SYSTEMS,
INC. *et al.*,

                        Defendants

-----------------------------------------------------------------x


                    NOTICE OF VOUNTARY WITHDRAWAL OF COUNSEL


TO THE CLERK OF THE COURT:

    Please take notice that Robert L. Arleo hereby voluntarily withdraws as counsel of record for

the Plaintiffs named in the above-entitled action.


DATED: Haines Falls, New York
            January 17, 2012


                                    By: / s /   *Robert L. Arleo*
                                        ROBERT L. ARLEO, ESQ.
                                        (RA 7506)
                                        164 Sunset Park Road
                                        Haines Falls, New York 12436
                                        518-589-1016