UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x   Index No. 2:09-CV-02942 JFB-AKT

RICHARD GRAVINA *et al.*,

                  Plaintiffs

    -against-.

NATIONWIDE ENTERPRISE SYSTEMS,
INC. *et al.*,

                  Defendants

----------------------------------------------------------------x


## NOTICE OF WITHDRAWAL OF NOTICE OF VOLUNTARY WITHDRAWAL OF COUNSEL


TO THE CLERK OF THE COURT:

   Please take notice that Robert L. Arleo hereby withdraws the notice of voluntary withdrawal as counsel of record for the Plaintiffs named in the above-entitled action (Dkt. No. 92). A motion for an order allowing the withdrawal of said counsel will be filed forthwith.


DATED: Haines Falls, New York
          January 18, 2012

                                                    By: / s /   *Robert L. Arleo*
                                                       ROBERT L. ARLEO, ESQ.
                                                       (RA 7506)
                                                       164 Sunset Park Road
                                                       Haines Falls, New York 12436
                                                       518-589-1016

Case 2:09-cv-02942-JFB-GRB   Document 95   Filed 01/18/12   Page 2 of 2 PageID #: 734